No. D–153. In re Disbarment of Olitt. Disbarment entered. [For earlier order herein, see 439 U. S. 1042.]

No. 5, Orig. United States v. California. Report of the Special Master received and ordered filed. Exceptions, if any, with supporting briefs to the report may be filed by the parties within 45 days. Reply briefs, if any, to such exceptions may be filed within 30 days. Mr. Justice Marshall took no part in the consideration or decision of this order. [For earlier order herein, see, e. g., 439 U. S. 30.]

No. 9, Orig. United States v. Louisiana et al. Supplemental Report of the Special Master received and ordered filed. Exceptions, if any, with supporting briefs to the report may be filed by the parties within 45 days. Reply briefs, if any, to such exceptions may be filed within 30 days. Mr. Justice Marshall took no part in the consideration or decision of this order. [For earlier order herein, see, e. g., 423 U. S. 909.]

No. 81, Orig. Kentucky v. Indiana et al. Report of the Special Master received and ordered filed. Exceptions, if any, with supporting briefs to the report may be filed by the parties within 30 days. Reply briefs, if any, to such exceptions may be filed within 30 days. [For earlier order herein, see, e. g., 441 U. S. 941.]

No. 78–119. Washington et al. v. United States et al., 443 U. S. 658. Upon consideration of the motion of the State of Washington for modification of the opinion of this Court, the memorandum filed by the respondent tribes, the memorandum filed by the United States and the reply thereto, it is ordered that footnote 16 of the opinion be modified as follows:

"A factual dispute exists on the question of what percentage of the fish in the case area actually passes through Indian fishing areas and is therefore subject to the District Court's allocations. In the absence of any